On petition for review filed May 21, 1997; resubmitted August 4,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further proceedings August 6, 1998

STATE OF OREGON,
*Petitioner on Review,*

*v.*

ADRIAN KENNETH LAYMAN,
*Respondent on Review.*

(CC 10-94-07580; CA A87593; SC S44245)

959 P2d 615

Jonathan H. Fussner, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

No appearance *contra*.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, and Leeson, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for further proceedings in light of *State v. Boone*, 327 Or 307, 959 P2d 76 (1998).

---

* Appeal from Lane County Circuit Court, Edwin E. Allen, Judge. 147 Or App 225, 935 P2d 1216 (1997).

** Fadeley, J., retired January 31, 1998, and did not participate in this decision; Graber, J., resigned March 31, 1998, and did participate in this decision; Kulongoski, J., did not participate in the consideration or decision of this case.